UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STANLEY REED | CIVIL ACTION |
| VERSUS | NO: 16-1311 |
| NORTH AMERICA HEALTH AND WELFARE PLANS LEADER as Plan Administrator of the Dow Chemical Company Ltd. Program | SECTION: "A" |

## JUDGMENT

Pursuant to the Order and Reasons entered herein,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the plaintiff, Stanley Reed, and against defendant North America Health and Welfare Plans Leader as Plan Administrator of the Dow Chemical Company Ltd. Program.

New Orleans, Louisiana, this 9th day of January 2019.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE