**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **STANLEY REED,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:16-CV-01311-JCZ-JVM** |
| **V.** | **JUDGE JAY C. ZAINEY** |
| **NORTH AMERICA HEALTH AND WELFARE PLANS LEADER AS PLAN ADMINISTRATOR OF THE DOW CHEMICAL COMPANY LTD PROGRAM** | **MAGISTRATE JUDGE JANIS VAN MEERVELD.** |
| **Defendant.** | |

## RELEASE OF JUDGMENT

Plaintiff Stanley Reed hereby stipulates and acknowledges that he hereby releases and waives his remand rights provided by the Order (Document 40) and Judgment (Document 41) entered in the above-captioned matter, and waives any right to recovery under the Order and Judgment under any legal theory or statute in the above-captioned matter. Accordingly, the parties request that the Court enter any necessary orders to fully and finally close this action.

Respectfully submitted,

  /s/ J. Michael Rhymes
J. Michael Rhymes, Esq.
Attorney at Law
1005 North Third Street
Monroe, LA  71201
Telephone:  (318) 388-4500
Email: jmrhymes@gmail.com

**ATTORNEYS FOR PLAINTIFF**